## SUPREME COURT.

### THE SLATER BANK agt. JAMES H. STURDY and others.

Where a foreign corporation file *security for costs* on commencing their action, there is no further authority to require further or new security in case of the future *insolvency* of the first.

*New York Special Term, August,* 1861.

THIS was a motion to compel the plaintiff to file a second bond for costs, the obligors on the bond filed under the statute requiring foreign corporations to file security for costs having become insolvent.

BENJ. COZZENS, *for motion.*

C. A. & W. B. CARPENTER, *opposed.*

LEONARD, Justice. The condition as to security for costs under which the statute permits a foreign corporation to sue in the courts of this state, was complied with by the plaintiff.

There is no provision authorizing the courts to require new security in case the obligors on an undertaking fail, as there is in case of an appeal from a judgment, or in the case of an action where a foreign corporation or a non-resident is plaintiff.

When the security has been once given the statute has been complied with. The plaintiff or appellant has then become entitled to the benefit of his appeal, or to prosecute his action.

There is no further authority to require further or new security. The motion is denied, with costs of opposing, to abide the event.